IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NAYLOR SCOTT,

    Plaintiff,

v.                                        CASE NO. 4:18cv45-RH-MJF

LT. WILLIAMS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

The plaintiff filed this case while he was a prisoner. He alleges constitutional violations by jail officials while he was a prisoner at a different facility. The case is before the court on the magistrate judge's report and recommendation, ECF No. 38. No objections have been filed.

The report and recommendation correctly concludes that the plaintiff failed to exhaust administrative remedies and that the case is subject to dismissal on this basis. This order accepts this part of the report and recommendation and directs entry of judgment dismissing the case.

IT IS ORDERED:

1. The report and recommendation is accepted in part.

2. The defense summary-judgment motion ECF No. 34, is treated as a motion to dismiss for failure to exhaust administrative remedies. The motion is granted.

3. The clerk must enter judgment stating, "The complaint is dismissed for failure to exhaust administrative remedies."

4. The clerk must close the file.

SO ORDERED on January 16, 2020.

                                              s/Robert L. Hinkle
                                              United States District Judge